## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 58 EM 2015
:
             Respondent :
:
:
:
:
      v. :
:
:
:
JUSTIN HEARD, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Petitioner is **DIRECTED** to file his Petition for Allowance of Appeal within thirty days of this order.